■ SANDRA GORDON, Appellant, v TOWN OF HEMPSTEAD, Respondent, et al., Defendant. [628 NYS2d 583] —Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Becker, J.), dated April 25, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Becker at the Supreme Court. O'Brien, J. P., Ritter, Pizzuto and Florio, JJ., concur.

■ ROBERT GREENBERG et al., Respondents, v PARKRIDGE CONDOMINIUMS, Appellant. [628 NYS2d 583] —In an action, inter alia, to enjoin the defendant from interfering with the plaintiffs' erection of a succah during the Jewish holiday of Succoth, the defendant appeals from an order of the Supreme Court, Queens County (O'Donoghue, J.), dated February 16, 1994, which denied its motion to hold the plaintiffs in contempt.

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that, under the facts and circumstances of this case, a finding of contempt against the plaintiffs is not warranted.

We have considered the defendant's remaining contentions and find them to be without merit. Bracken, J. P., Balletta, Rosenblatt and Altman, JJ., concur.